■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HANSEL J. GERNSTL, Appellant. [627 NYS2d 603] —Judgment unanimously affirmed. Memorandum: We are unpersuaded that the sentence is unduly harsh or severe. Upon considering, "among other things, the crime charged, the particular cir-

cumstances of the individual before the court and the purpose of a penal sanction," we perceive no abuse of discretion warranting a reduction of the sentence *(People v Farrar,* 52 NY2d 302, 305).

We have previously indicated that it is inappropriate for the District Attorney to fail to file a brief in opposition to defendant's arguments and in support of the judgment of conviction unless the appeal is from a judgment that the District Attorney concedes should be reversed *(see, People v Collier,* 204 AD2d 1064, *lv denied* 84 NY2d 824; *People v Dutcher,* 192 AD2d 1093, *lv denied* 81 NY2d 1072). (Appeal from Judgment of Wyoming County Court, Dadd, J.—Assault, 2nd Degree.) Present—Pine, J. P., Lawton, Callahan, Davis and Boehm, JJ.